**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GERALD K. MORRISON, AS EXECUTOR : No. 300 MAL 2020
OF THE ESTATE OF WILLIAM POWELL, :
                                  :
                    Respondent    : Petition for Allowance of Appeal
                                  : from the Order of the Superior Court
                                  :
            v.                    :
                                  :
                                  :
RHOADS & SINON, LLP, STANLEY SMITH :
AND SHERILL MOYER,                :
                                  :
                    Petitioners   :

## ORDER

**PER CURIAM**

  **AND NOW**, this 17th day of November, 2020, the Petition for Allowance of Appeal
is **DENIED**.